UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2013 JAN 24 PM 4:22

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>IRVINE RODRIGUEZ (8),<br><br>       Defendant. | CASE NO. 12cr4711-DMS<br><br>BY: _____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) and 846; 21:853 and 18:982

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 24, 2013

                    William V. Gallo
                    U.S. Magistrate Judge